**George Reynold EVANS,
Plaintiff–Appellant,**

v.

**GUILFORD COUNTY DETENTION
CENTER; B.J. Barnes; Sgt. Lanier;
Officer Mangum; Guilford County
North Carolina, Defendants–Appel-
lees.**

No. 14–2174.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 18, 2015.

Decided: Sept. 18, 2015.

George Reynold Evans, Appellant Pro
Se. Matthew Livingston Mason, Guilford
County Sheriff's Attorney, Greensboro,
North Carolina; John Mark Payne, Coun-
ty Attorney's Office, Greensboro, North
Carolina, for Appellees.

Before NIEMEYER, KING, and
HARRIS, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

George Reynold Evans seeks to appeal
the magistrate judge's report and recom-
mendation in this action filed under 42
U.S.C. § 1983 (2012). This court may ex-

ercise jurisdiction only over final orders,
28 U.S.C. § 1291 (2012), and certain inter-
locutory and collateral orders, 28 U.S.C.
§ 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen
v. Beneficial Indus. Loan Corp.*, 337 U.S.
541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528
(1949). The order Evans seeks to appeal
is neither a final order nor an appealable
interlocutory or collateral order.* Accord-
ingly, we dismiss the appeal for lack of
jurisdiction. We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before this court and argument
would not aid the decisional process.

*DISMISSED.*

---

* According to the district court's docket sheet,
Evans has filed objections to the magistrate
judge's report and recommendation. Howev-
er, the district court has not yet ruled on the
objections or issued a final order.